# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 14-386-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| GOOGLE INC., | ) ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Stefani E. Shanberg, Jennifer J. Schmidt, and Robin L. Brewer of WILSON SONSINI GOODRICH & ROSATI, One Market Plaza, Spear Tower, Suite 3300, San Francisco, CA 94105 for Defendant Google, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Eric W. Struble
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Erich W. Struble (#5349)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
estruble@potteranderson.com

Dated: June 13, 2014
1155898 / 41433

*Attorneys for Defendant
Google Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 13, 2014       Signed: /s/ Stefani E. Shanberg
                          Stefani E. Shanberg
                          WILSON SONSINI GOODRICH & ROSATI
                          One Market Plaza
                          Spear Tower
                          Suite 3300
                          San Francisco, CA 94105
                          Tel: (415) 947-2000
                          sshanberg@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: June 13, 2014            Signed: */s/ Jennifer J. Schmidt*
                               Jennifer J. Schmidt
                               WILSON SONSINI GOODRICH & ROSATI
                               One Market Plaza
                               Spear Tower
                               Suite 3300
                               San Francisco, CA 94105
                               Tel: (415) 947-2000
                               jschmidt@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California, New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 13, 2014        Signed: /s/ Robin L. Brewer
                                    Robin L. Brewer
                                    WILSON SONSINI GOODRICH & ROSATI
                                    One Market Plaza
                                    Spear Tower
                                    Suite 3300
                                    San Francisco, CA 94105
                                    Tel: (415) 947-2000
                                    rbrewer@wsgr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Erich W. Struble, hereby certify that on June 13, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2014, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
Sara E. Bussiere
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

Scott M. Daniels
Darrin A. Auito
WESTERMAN HATTORI DANIELS & ADRIAN
1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036
sdaniels@whda.com
dauito@whda.com

By: /s/ Erich W. Struble
Richard L. Horwitz
David E. Moore
Erich W. Struble
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
estruble@potteranderson.com

1150831/41433