# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRICEPLAY.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC. <br><br> Defendant. | C.A. No. 14-386-RGA <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF PRICEPLAY.COM, INC.'S OPPOSITION TO**
**DEFENDANT GOOGLE INC.'S MOTION TO DISMISS**

Plaintiff Priceplay.com, Inc. ("Priceplay") respectfully requests that this Court deny as moot Defendant Google Inc.'s ("Google") Motion to Dismiss Plaintiff's Claim for Willful Infringement (D.I. 1 ¶¶24, 25, 32, and 33). Priceplay states as follows in support of its Opposition:

1. On March 26, 2014, Priceplay filed this action against Google for infringement of two Priceplay patents. (D.I. 1 ¶17). More than three months later, on June 13, 2014, Google filed a Motion to Dismiss Plaintiff's Claim of Willful Infringement for failure to state a claim, in lieu of filing an Answer on the merits.

2. In order to proceed on the merits instead of pursuing a motion practice, and despite Priceplay's disagreement with the motion, Priceplay is filing an Amended Complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In this new pleading, Priceplay removes those counts Google relied on for its motion to dismiss, without waiver of or

prejudice to reasserting those allegations as discovery progresses. A redline of Priceplay's Amended Complaint is Attached as Exhibit A.

3. Google's Motion to Dismiss is now moot because Priceplay's Amended Complaint replaces and supersedes the Complaint that is the subject of Google's Motion. *See Calloway v. Green Tree Servicing, LLC,* 599 F. Supp. 2d 543, 546 (D. Del. 2009) (defendant's motion to dismiss was rendered moot in light of plaintiff filing an amended complaint).

WHEREFORE, Priceplay respectfully requests that the Court deny as moot Google's Motion to Dismiss. A proposed form of Order is attached.

Date: June 27, 2014

| OF COUNSEL: | BAYARD, PA |
|---|---|
| Scott M. Daniels | */s/ Stephen B. Brauerman* |
| Darrin A. Auito | Richard D. Kirk (rk0922) |
| WESTERMAN HATTORI | Stephen B. Brauerman (sb4952) |
| DANIELS & ADRIAN | Vanessa R. Tiradentes (vt5398) |
| 1250 Connecticut Avenue, NW. | Sara E. Bussiere (sb5725) |
| Suite 700 | 222 Delaware Avenue, Suite 900 |
| Washington, D.C. 20036 | Wilmington, Delaware 19801 |
| 202-822-1100 | Telephone: 302-655-5000 |
| sdaniels@whda.com | rkirk@bayardlaw.com |
| dauito@whda.com | sbrauerman@bayardlaw.com |
| | vtiradentes@bayardlaw.com |
| | sbussiere@bayardlaw.com |