**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRICEPLAY.COM, INC., )<br>)<br>    Plaintiff, )<br>) C.A. No. 14-267-RGA<br>    v. )<br>) **JURY TRIAL DEMANDED**<br>LINKEDIN CORPORATION, )<br>)<br>    Defendant. )<br>) | |
| PRICEPLAY.COM, INC., )<br>)<br>    Plaintiff, )<br>) C.A. No. 14-386-RGA<br>    v. )<br>) **JURY TRIAL DEMANDED**<br>GOOGLE INC., )<br>)<br>    Defendant. )<br>) | |
| PRICEPLAY.COM, INC., )<br>)<br>    Plaintiff, )<br>) C.A. No. 14-512-RGA<br>    v. )<br>) **JURY TRIAL DEMANDED**<br>FACEBOOK, INC., )<br>)<br>    Defendant. )<br>) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Priceplay.com, Inc. and Defendants LinkedIn Corporation, Google Inc. and Facebook, Inc. ("Defendants"), subject to the approval of the Court, that Defendants' time to file their reply to their Motion to Transfer Case (D.I. 12) shall be extended to August 28, 2014.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| By:   */s/ Stephen B. Brauerman*       Richard D. Kirk (#922)   Stephen B. Brauerman (#4952)   Vanessa R. Tiradentes (#5398)   Sara E. Bussiere (#5725)   222 Delaware Ave., Suite 900   P. O. Box 25130   Wilmington, DE  19899   Tel:  (302) 655-5000   rkirk@bayardlaw.com   sbrauerman@bayardlaw.com   vtiradentes@bayardlaw.com   sbussiere@bayardlaw.com  *Attorneys for Plaintiff Priceplay.com, Inc.* | By:   */s/ Richard L. Horwitz*       Richard L. Horwitz (#2246)   David E. Moore (#3983)   Bindu A. Palapura (#5370)   Hercules Plaza, 6th Floor   1313 N. Market Street   Wilmington, DE  19801   Tel:  (302) 984-6000   rhorwitz@potteranderson.com   dmoore@potteranderson.com   bpalapura@potteranderson.com  *Attorneys for Defendant LinkedIn Corporation and Google Inc.* |
|  | BLANK ROME LLP |
|  | By:   */s/ Steven L. Caponi*       Steven L. Caponi, Esquire (#3484)   1201 North Market Street, Suite 800   Wilmington, DE  10901   (302) 425-6408   caponi@blankrome.com  *Attorneys for Defendant, Facebook, Inc.* |
| Dated:  August 25, 2014   1163647 / 41433/ 41569 |  |

   SO ORDERED this _____ day of _____, 2014.

                                         _____
                                                        U.S.D.J.